# Exhibit 2

# State of Minnesota

**District Court**

| County of | Judicial District: | Fourth |
|---|---|---|
| Hennepin | Court File Number: | |
| | Case Type: | CIVIL OTHER |

Lindell Management LLC
_Plaintiff (first, middle, last)_

vs.

Robert Zeidman
_Defendant (first, middle, last)_

Date Case Filed: 05/18/2023

**Civil Cover Sheet
(Non-Family Case Type)**
Minn. Gen. R. Prac. 104

This civil cover sheet must be filed by the initial filing lawyer or party, if unrepresented by legal counsel, unless the court orders all parties or their legal counsel to complete this form. Once the initial civil cover sheet is filed, opposing lawyers or unrepresented parties who have not already been ordered to complete this form may submit their own cover sheet within 7 days after being served with the initial cover sheet. See Rule 104 of the General Rules of Practice for the District Courts.

**If information is not known to the filing party at the time of filing, it shall be provided to the Court Administrator in writing by the filing party within 7 days of learning the information.** Any party impleading additional parties shall provide the same information to the Court Administrator. The Court Administrator shall, upon receipt of the completed certificate, notify all parties or their lawyers, if represented by counsel, of the date of filing the action and the file number assigned.

ATTORNEY FOR PLAINTIFF

Alec J. Beck
_Attorney Name (not firm name)_

123 N. 3rd St., Suite 888
_Postal Address_

| Minneapolis | MN | 55401 |
|---|---|---|
| City | State | Zip Code |

(612) 355-4100
_Telephone Number_

beck@parkerdk.com
_E-mail Address_

201133
_Minnesota Attorney ID Number_

ATTORNEY FOR DEFENDANT

Brian A. Glasser
_Attorney Name (not firm name)_

1055 Thomas Jefferson St., Suite 540
_Postal Address_

| Washington D.C. | D.C. | 20007 |
|---|---|---|
| City | State | Zip Code |

(202) 463-2101
_Telephone Number_

bglasser@baileyglasser.com
_E-mail Address_

NA
_Minnesota Attorney ID Number_

PLAINTIFF, Self-represented | DEFENDANT, Self-represented

Name

Postal Address

City    State    Zip Code

Telephone Number

E-mail Address

Name

Postal Address

City    State    Zip Code

Telephone Number

E-mail Address

(Attach additional sheets for additional attorneys / parties)

Note: If either Plaintiff or Defendant gets an attorney, the attorney's name, address, telephone number and attorney ID number must be given in writing to the Court Administrator immediately.

1. Provide a concise statement of the case including facts and legal basis:
   Motion to vacate arbitration award because the arbitration panel exceeded its powers. 9 U.S.C. § 10(a)(4); Minn. Stat. § 572B.23(a)(4).

2. Date Complaint was served: 05/01/2023

3. For Expedited Litigation Track (ETLT) Pilot Courts only:
   a. ☐ The parties jointly and voluntarily agree that this case shall be governed by the Special Rules of ELT Pilot. Date of agreement: _____
   b. ☐ The court is requested to consider excluding this case from ELT for the following reasons:
   
   _____

   Note: ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.
   
   c. ☐ Anticipated number of trial witnesses: _____
   d. ☐ Amount of medical expenses to date: _____
   e. ☐ Amount of lost wages to date: _____
   f. ☐ Identify any known subrogation interests: _____

4. For Complex Cases (See Minn. Gen. R. Prac. 146):

    a. Is this case a "complex case" as defined in Rule 146? ☐ Yes ☒ No

    b. State briefly the reasons for complex case treatment for this case:

    c. Have the parties filed a "CCP Election" for this case as provided in Rule 146(d)?
       ☐ Yes ☐ No

5. Estimated discovery completion within  0  months from the date of this form.

6. Disclosure/discovery of electronically stored information discussed with other party?
   ☒ No ☐ Yes Date of discussion:
   If yes, list agreements, plans and disputes:

7. Proposed trial start date: N/A

8. Estimated trial time: _____ days  0  hours (estimates less than a day must be stated in hours).

9. Jury trial is:
   ○ waived by consent of  N/A  pursuant to Minn. R. Civ. P. 38.02.
      (specify party)
   ○ requested by _____ (NOTE: Applicable fee must be enclosed)
      (specify party)

10. Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested.
    ☐ Yes ☒ No

11. Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect):
    N/A

12. Issues in dispute:
    Whether the arbitration panel exceeded its powers. 9 U.S.C. § 10(a)(4); Minn. Stat. § 572B.23(a)(4).

13. Case Type/Category:  Civil Other/Misc.  (NOTE: select case types from the Civil Case Type Index found at http://www.mncourts.gov/mncourtsgov/media/scao_library/documents/eFile%20Support/Handout-Case-Type-Index.pdf.)

14. Recommended Alternative Dispute Resolution (ADR) mechanism:  N/A
    (See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))
    Recommended ADR provider (known as a "neutral") _____
    Recommended ADR completion date: _____
    If applicable, reasons why ADR not appropriate for this case:

Matter to be decided on motion.

By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

Submitted by:

/s/ /s/Alec J. Beck
Signature

Name: Alec J. Beck

Attorney Reg. #: 201133

Firm/Agency Name: Parker Daniels Kibort LLC

Street Address: 123 N. 3rd Street, Suite 888

City/State/Zip Code: Minneapolis, MN 55401

Telephone: 612-355-4100

Date: 05/18/2023