# Exhibit 3

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT<br>Case Type: CIVIL OTHER |

Lindell Management LLC,

    Petitioner,

vs.

Robert Zeidman,

    Respondent.

**NOTICE OF MOTION AND MOTION TO VACATE ARBITRATION AWARD**

**TO: RESPONDENT ABOVE-NAMED AND THEIR ATTORNEYS BRIAN A. GLASSER & CARY JOSHI, BAILEY & GLASSER LLP, 1055 THOMAS JEFFERSON ST., SUITE 540, WASHINGTON D.C. 20007.**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned will move to vacate the Reasoned Decision and Final Arbitration Award (the "Award") dated April 19, 2023. A hearing date for this motion will be set upon judicial assignment.

## MOTION

Petitioner moves this Court under 9 U.S.C. § 10(a)(4) and Minn. Stat. § 572B.23(a)(4) for an order vacating the Award. This motion is based upon all of the files, records, and proceedings herein, including a memorandum of law and declaration and the arguments of counsel.

Respectfully Submitted,

Dated: May 18, 2023

**PARKER DANIELS KIBORT LLC**

By: /s/Alec J. Beck
Andrew Parker (#195042)
Alec J. Beck (#201133)
888 Colwell Building
123 North Third Street
Minneapolis, Minnesota 55401
T: (612) 355-4100 | F: (612) 355-4101
parker@parkerdk.com
beck@parkerdk.com

*Attorneys for Petitioner*

## Acknowledgment

The undersigned hereby acknowledges that, pursuant to Minn. Stat. § 549.211, Subd. 2, costs, disbursements, and reasonable attorney and witness fees may be awarded to the opposing party or parties in this litigation if the Court should find the undersigned acted in bad faith, asserted a claim or defense that is frivolous and that is costly to the other party, asserted an unfounded position solely to delay the ordinary course of the proceedings or to harass, or committed a fraud upon the Court.

/s/Alec J. Beck