| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | Case Type: CIVIL OTHER |

Lindell Management LLC,   Case No. 27-CV-23-7502

       Petitioner,   **NOTICE OF FILING OF**
**NOTICE OF REMOVAL**

vs.

Robert Zeidman,

       Respondent.

**To:** **Petitioner Lindell Management LLC, and its attorneys of record, Andrew Parker and Alec Beck, Parker Daniels Kibort LLC, 888 Colwell Building, 123 N. Third St., Minneapolis, MN 55401**

PLEASE TAKE NOTICE, in accordance with 28 U.S.C. §§ 1331, 1442, and 1446, that Respondent Robert Zeidman has on this date duly filed its Notice of Removal in the United States District Court for the District of Minnesota. A true and correct copy of said Notice of Removal (without attachments) is attached hereto as Exhibit 1.

Under 28 U.S.C. § 1446(d), the filing of this document in the above-captioned action effects its removal, and this Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 12, 2023 | **NICHOLS KASTER, PLLP** |
|  | By: */s/ David E. Schlesinger*<br>David E. Schlesinger (MN# 0387009)<br>4700 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>T: 612-256-3277<br>F: 612-338-4878<br>schlesinger@nka.com |
|  | *Attorney for Respondent Robert Zeidman* |

## ACKNOWLEDGMENT

The undersigned acknowledges that pursuant to Minn. Stat. § 549.211, subd. 2, costs, disbursements, and reasonable attorney and witness fees may be awarded to the opposing party or parties in this litigation if the Court should find that the undersigned acted in bad faith, asserted an unfounded position solely to delay the ordinary course of the proceedings or to harass, or committed a fraud upon the Court.

Dated: June 12, 2023                                                 *s/David Schlesinger*