IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Lindell Management LLC,<br><br>                     Petitioner,<br><br>      v.<br><br>Robert Zeidman,<br><br>                    Respondent. | Case No. 0:23-cv-01759-JRT-DJF<br><br><br>**LOCAL RULE 7.1**<br>**WORD COUNT COMPLIANCE**<br>**CERTIFICATE** |

      I, Andrew D. Parker, hereby certify that Petitioner Lindell Management LLC Memorandum of Law in Motion to Dismiss complies with Local Rules 7.1(f) and 7.1(h).

      I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 628 words, exclusive of the caption, table of contents and signature block.

**PARKER DANIELS KIBORT LLC**

Dated: June 16, 2023     By: */s/ Andrew D. Parker*
　　　　　　　　　　　　　　　Andrew Parker (#195042)
　　　　　　　　　　　　　　　Alec J. Beck (#201133)
　　　　　　　　　　　　　　　888 Colwell Building
　　　　　　　　　　　　　　　123 N. Third Street
　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　612-355-4100
　　　　　　　　　　　　　　　*parker@parkerdk.com*
　　　　　　　　　　　　　　　*beck@parkerdk.com*

　　　　　　　　　　　　　　　*Attorneys for Respondent Lindell Management LLC*