# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Lindell Management LLC,<br><br>       Petitioner,<br><br>v.<br><br>Robert Zeidman,<br><br>       Respondent. | Case No. 0:23-cv-01759-JRT-DJF<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF LINDELL MANAGEMENT LLC** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Petitioner Lindell Management LLC states that it has no parent corporation and that no publicly traded corporation currently owns 10% or more of its stock.

                   **PARKER DANIELS KIBORT LLC**

Dated: June 16, 2023    By: */s/ Andrew D. Parker*
               Andrew Parker (#195042)
               Alec J. Beck (#201133)
               888 Colwell Building
               123 N. Third Street
               Minneapolis, MN 55401
               612-355-4100
               *parker@parkerdk.com*
               *beck@parkerdk.com*

               *Attorneys for Respondent Lindell Management LLC*